Kim L. HARGETT, Sr., Plaintiff-Appellant,

v.

JOHNS HOPKINS HOSPITAL; Raymond Neil Borland, Doctor; Thomas J. Polasck, Doctor; Norman J. Beauchamp, Doctor; Arjon S. Chanumugain, Doctor; Bronwnyn Jones, Doctor; Valerir Pomper, Doctor, Defendants-Appellees.

No. 17-6847

United States Court of Appeals, Fourth Circuit.

Submitted: October 17, 2017

Decided: October 20, 2017

Kim L. Hargett, Sr., Appellant Pro Se.

Before FLOYD and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kim L. Hargett, Sr., appeals the district court's order dismissing his civil action without prejudice for lack of subject matter jurisdiction. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Hargett's informal brief does not challenge the basis for the district court's disposition, Hargett has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we grant leave to proceed in forma pauperis and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*